IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCA ROJAS and HUGO A. ROJAS, SR. | : : : : : : : : : : : : : : | |
| Plaintiffs, | | CIVIL ACTION NO. 02-CV-3325 |
| v. | | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | | ENTRY OF APPEARANCE |
| Defendants. | | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald            Aline Fairweather



_____     _____
Alison T. Conn             Kirstin J. Miller



Dated: July _____, 2002      DECHERT PRICE & RHOADS
                  4000 Bell Atlantic Tower
                  1717 Arch Street
                  Philadelphia, PA 19103-2793
                  (215) 994-4000